# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 06-1816

_____

Paul Love,

           Appellant,

v.

Curators of the University of
Missouri; BTi Employee Screening
Services; Bill Mitchell,

           Appellees.

\*
\*
\*
\*
\*  Appeal from the United States
\*  District Court for the
\*  Western District of Missouri.
\*
\*  [UNPUBLISHED]
\*
\*
\*

_____

Submitted:  July 5, 2007
Filed:  August 3, 2007

_____

Before SMITH, GRUENDER, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Paul Love appeals the district court's[1] order dismissing his action based on the court's determination that the parties had reached a settlement agreement. Having carefully reviewed the record, we agree with the district court that the parties reached a settlement agreement at their August 23, 2005 meeting, and that the terms of the agreement are embodied in the transcript of the meeting. See Chaganti & Assocs.,

_____

[1]The Honorable Scott O. Wright, United States District Judge for the Western District of Missouri.

P.C. v. Nowotny, 470 F.3d 1215, 1221 (8th Cir. 2006) (appeals court reviews for clear error district court's finding that settlement agreement existed), cert. denied, 75 U.S.L.W. 3569 (U.S. June 18, 2007) (No. 06-1377). In addition, we find nothing in the record to support Love's unsubstantiated claim that he was coerced into the agreement.

Accordingly, we affirm. See 8th Cir. R. 47B.

_____